IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEORGE MERCIER and <br> MARISA C. MERCIER, <br>               Plaintiffs, <br> v. <br> FEDERAL BUREAU OF <br> INVESTIGATION, <br>               Defendant. | CASE NO.  CV07-281-S-EJL <br><br> **ORDER ADOPTING** <br> **REPORT and RECOMMENDATION** |

On January 17, 2007, United States Magistrate Judge Mikel H. Williams issued a Report and Recommendation (Docket No. 4).  Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the  recommendation made by Judge Williams.  Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Williams to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Williams.  Acting on the recommendation of Judge Williams and this Court being fully advised in the premises,

**ORDER ADOPTING REPORT AND RECOMMENDATION** - Page 1
07ORDERS\mercier_rnr

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket No. 4) by Judge Williams should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Docket No. 2) is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Leave to Proceed *In Forma Pauperis* (Docket No. 1) is **DISMISSED** as moot.

DATED: **February 8, 2008**

_Edward J. Lodge_ (signature)

~~Honora~~ble Edward J. Lodge
U. S. District Judge